08CV3563
JUDGE GOTTSCHALL
MAG. JUDGE KEYS

**DISTRI**(...) **...TS OF ILLINOIS**

FILED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: NATHAN SMITH III
(Please print)

STREET ADDRESS: P.O. Box 5695

CITY/STATE/ZIP: CHICAGO ILL.

PHONE NUMBER: 614-251-9657

CASE NUMBER:

_____ Signature

JUNE 2008
Date